**Order entered February 5, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01586-CV

**BRIDGET PARSON, Appellant**

**V.**

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET-BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2006-HE7, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09716**

## ORDER

This Court dismissed this appeal for want of jurisdiction. Ten days after filing her motion for rehearing, appellant filed notice that she has removed this case to federal court. Accordingly, we **ABATE** this appeal. This appeal will be reinstated when notified by either party that the proceeding in federal court has concluded. The Court will consider appellant's motion for rehearing after the case is reinstated.

/s/     BILL WHITEHILL
JUSTICE